IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

OSCAR WALKER AND
LUANNE B-WALKER,

      Appellants,

  v.

Case No.  5D23-92
LT Case No. 16-2020-SC-605-XXXX-MA

MIKE MCCANN D/B/A JAXCO
FURNITURE & MATTRESS OUTLET, INC.,

      Appellee.
_____/

Decision filed May 2, 2023

Appeal from the County Court
for Duval County,
Roberto Arias, Judge.

Oscar Walker, Jacksonville, pro se.

No Appearance for Appellee.

PER CURIAM.

    AFFIRMED.


LAMBERT, C.J., SOUD and MACIVER, JJ., concur.